[No. 24313-0-II.   Division Two.   June 29, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN M. LAMB, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-03489-7, Frederick W. Fleming, J., entered December 18, 1998. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Hunt, JJ.

[No. 25379-8-II.   Division Two.   June 29, 2001.]

WILLIAM C. MALONEY, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-2-00438-1, George L. Wood, J., entered November 18, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 25513-8-II.   Division Two.   June 29, 2001.]

MARKUS A. OVERLY, *Appellant*, v. NAHC OF WASHINGTON, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-04950-6, Stephanie A. Arend, J., entered January 19, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.

[No. 25674-6-II.   Division Two.   June 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RUTH LYNN CARSTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-1-00428-3, David E. Foscue, J., entered February 28, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Morgan, J.